PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
TINO X. DO (SBN 221346)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com; tdo@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DEBRA OLCESE,

            Plaintiff,

v.

LIBERTY MUTUAL ASSURANCE
COMPANY OF BOSTON,

            Defendant.

CASE NO. CV 12-6930- CAS (MANx)

**ORDER DISMISSING ACTION WITH PREJUDICE**

Honorable Christina A. Snyder

      **IT IS HERBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: May 3, 2013

_____

Hon. Christina A. Snyder

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

ORDER RE DISMISSAL OF ACTION;
CASE NO. CV 12-6930-CAS (MANX)